**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Seth** | **Marcus** | **Bordelon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **20-33283**

 ☑ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property                                                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

---

1.1.

**20311 Evergreen Springs Ln**
Street address, if available, or other description

**Spring**                    **TX**    **77379**
City                          State    ZIP Code

**Harris**
County

**20311 Evergreen Springs Ln, Spring, TX 77379**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$342,000.00                              $342,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Homestead**

☑ Check if this is community property (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................➜ | **$342,000.00** |

Debtor 1    **Seth Marcus Bordelon**                                           Case number (if known)   __20-33283__

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| | | | |
|---|---|---|---|
| 3.1. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

| 3.1. | | **Who has an interest in the property?** Check one. | | |
|---|---|---|---|---|
| Make: | **Ford** | ☐ Debtor 1 only | | |
| Model: | **F250** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2010** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **109,000** | ☒ At least one of the debtors and another | **$14,543.75** | **$14,543.75** |
| Other information: | | | | |
| **2010 Ford F250 (approx. 109,000 miles)** | | ☒ **Check if this is community property** (see instructions) | | |

| 3.2. | | **Who has an interest in the property?** Check one. | | |
|---|---|---|---|---|
| Make: | **Infiniti** | ☐ Debtor 1 only | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **Q80** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2014** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **70,000** | ☒ At least one of the debtors and another | **$19,806.25** | **$19,806.25** |
| Other information: | | | | |
| **2014 Infiniti Q80 (approx. 70,000 miles)** | | ☒ **Check if this is community property** (see instructions) | | |

| 3.3. | | **Who has an interest in the property?** Check one. | | |
|---|---|---|---|---|
| Make: | **Ford** | ☐ Debtor 1 only | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Model: | **F150** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2013** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **95,000** | ☒ At least one of the debtors and another | **$17,956.25** | **$17,956.25** |
| Other information: | | | | |
| **2013 Ford F150 (approx. 95,000 miles)** | | ☒ **Check if this is community property** (see instructions) | | |

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:*  Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here.........................................➔**   | **$52,306.25** |

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1    **Seth Marcus Bordelon**                                    Case number (if known)   **20-33283**

**6.    Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| **Refrigerator $200**<br>**small refrigerator $75**<br>**washer and dryer $300**<br>**Sectional Couch $500**<br>**3 leather chairs $500**<br>**Student desk $50**<br>**wine cooler $100**<br>**side table $25**<br>**Coffee Table $35.00**<br>**Sofa Table  $35.00**<br>**Rug $20.00**<br>**Dining Room Table and 8 Chairs $750.00**<br>**Buffet $150.00**<br>**5 King Size Beds $100.00**<br>**6 Bedside Tables $75.00**<br>**4 Chest of Drawers $250.00**<br>**2 Drawer Lateral File  $25.00**<br>**Sheets and Linens for Beds $15.00**<br>**Kitchenware $10.00**<br>**China $200.00**<br>**Various Lamps $50.00**<br>**Pictures and Home Decor $100** | **$3,565.00** |

**7.    Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....

| | |
|---|---|
| **Televisions:**<br>**Sony 60" TV  $200.00**<br>**Samsung 55" TV $100.00**<br>**Samsung 50" TV $50.00**<br>**Mitsubishi 50" TV $75.00**<br>**Samsung 40" TV $100.00**<br>**Samsung 40" TV $100.00**<br>**Sony Google 40" TV $40.00**<br>**Samsung 40" TV $100.00**<br>**Computers:**<br>**Apple iMac mid2011 27" Computer $200.00**<br>**2 Apple Air Laptop Computers $100.00**<br>**HP Envy Desktop Computer $75.00**<br>**1 Macbook $50.00**<br>**HP Officejet Printer $125.00**<br>**DVD Player $25.00**<br>**2 Sony Camcorders$200.00**<br>**Xbox One $100.00**<br>**2 Apple TV - 1st Gen $20.00**<br>**iPhone/iPad:**<br>**iPhone X $500.00**<br>**iPhone 7 $200.00**<br>**iPad Pro $300.00**<br>**iPad $200.00**<br>**iPad $200.00** | **$3,060.00** |

Debtor 1    **Seth Marcus Bordelon**        Case number (if known)   **20-33283**

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe.....

   | | |
   |---|---|
   | Marshall Fields Antique Wooden Desk | $1,000.00 |

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
   canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe.....

   | | |
   |---|---|
   | 3 Bicycles $75.00<br>Golf Clubs $50.00<br>Various Tools $100.00<br>2 Pool Floats $20.00 | $245.00 |

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe.....

    | | |
    |---|---|
    | 9mm Smith and Wessen $150.00<br>12 Guage Remmington Shotgun $100.00 | $250.00 |

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....

    | | |
    |---|---|
    | Men's Clothing and Accessories $300.00<br>Women's Clothing and Accessories $500.00<br>Young Man's Clothing and Accessories $150.00 | $950.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☐ No
    ☑ Yes. Describe.....

    | | |
    |---|---|
    | Woman's Wedding Ring - Gold $250.00<br>Man's Wedding Ring - Silver $75.00<br>Man's TAG Heuer Watch $250.00<br>Woman's TAG Heuer Watch $200.00<br>Woman's Mesh Ring - Silver $50.00<br>Woman's Chain Bracelet - Silver $50.00<br>Woman's Ear Rings - Various $100.00<br>Man's Buliva Watch $100.00<br>Woman's Necklaces - Various $100.00 | $1,175.00 |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe.....

    | | |
    |---|---|
    | Shih Tzu mix $50.00<br>Cat mix $20.00 | $70.00 |

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**

    ☐ No
    ☑ Yes. Give specific
    information..............

    | | |
    |---|---|
    | 2 European Deer Heads $20.00<br>30 Bottles of Wine - various $400.00 | $420.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3. Write the number here**.................................................................➜

    | |
    |---|
    | **$10,735.00** |

Debtor 1   **Seth Marcus Bordelon**                                    Case number (if known)   **20-33283**

| Part 4: | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.................................................................................................... Cash: .........................      **$0.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................       Institution name:

| | | |
|---|---|---|
| 17.1. | Checking account: | **Wells Fargo Checking account**<br>**ending 6984** |

     **$410.02**

| | | |
|---|---|---|
| 17.2. | Savings account: | **Wells Fargo Savings account**<br>**ending 5433** |

     **$1,527.49**

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................       Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific
information about
them..........................       Name of entity:                     % of ownership:

**Blue Dog Partners, LLC**

| | | |
|---|---|---|
| **Balance Sheet ($0.20) cash in deposit** | **100%** | **$0.20** |

**Secure Data Solutions, Inc.**
**Empty Corporate shell $0.00**

| | | |
|---|---|---|
| **iPhone** | **100%** | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
information about
them..........................       Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each
account separately.       Type of account:       Institution name:

| | | |
|---|---|---|
| | 401(k) or similar plan: | **Insperity 401(k) Plan** |

     **$507,964.44**

| | | |
|---|---|---|
| | 401(k) or similar plan: | **Trend Micro, Incorparated 401(k) Retirement Plan**<br>**Held at Merrill Lynch** |

     **$8,747.76**

Debtor 1    **Seth Marcus Bordelon** _____    Case number (if known) __20-33283__

|  | IRA: | **Vanguard Simple IRA** | $280,315.03 |
|---|---|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes........................... Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes........................... Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No
☑ Yes........................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

| | **American Funds 529 College Savings Plan account ending 6098 Funds deposited more than 2 years from filing** | $17,510.00 |
|---|---|---|

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years....................

| **Federal: 2019 Income Tax Refund. Amt: $10,281.00** | Federal: | **$10,281.00** |
|---|---|---|
| | State: | **$0.00** |
| | Local: | **$0.00** |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

| | Alimony: | |
|---|---|---|
| | Maintenance: | |
| | Support: | |
| | Divorce settlement: | |
| | Property settlement: | |

Debtor 1   **Seth Marcus Bordelon**                              Case number (if known)   **20-33283**

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance
company of each policy
and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **North Western Mutual Life insurance** | **Melissa Bordelon** | **$201,864.83** |
| **North Western Mutual** | **Seth Marcus Bordelon** | **$90,294.76** |
| **Trend Micro Medical FSA Held at Discovery Benefits, LLC** | | **$383.64** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes.  Describe each claim........

**35. Any financial assets you did not already list**

☐ No
☑ Yes.  Give specific information      **See continuation page(s).**          **$0.00**

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4.  Write that number here.................................................................... ➡   **$1,119,299.17**

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..

Debtor 1    **Seth Marcus Bordelon**                                                    Case number (if known)   **20-33283**

**39.  Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..

**41.  Inventory**

☑ No
☐ Yes.  Describe..

**42.  Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                                    % of ownership:

**43.  Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe....

**44.  Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here**................................................................................. ➔  $0.00

---

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**47.  Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48.  Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information...............

Debtor 1    **Seth Marcus Bordelon**                          Case number (if known)   **20-33283**

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... _____

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... _____

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific information................ _____

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here**................................................................ ➔ | **$0.00** |

---

### Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here**............................. ➔ | **$0.00** |

---

### Part 8:   List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2**................................................................................................ ➔ | **$342,000.00** |

56.  **Part 2: Total vehicles, line 5**                                      **$52,306.25**

57.  **Part 3: Total personal and household items, line 15**              **$10,735.00**

58.  **Part 4: Total financial assets, line 36**                          **$1,119,299.17**

59.  **Part 5: Total business-related property, line 45**                 **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**        **$0.00**

61.  **Part 7: Total other property not listed, line 54**              +  **$0.00**

62.  **Total personal property.**   Add lines 56 through 61................ | **$1,182,340.42** |   Copy personal property total ➔ + **$1,182,340.42**

63.  **Total of all property on Schedule A/B.**   Add line 55 + line 62................................................. | **$1,524,340.42** |

Debtor 1   **Seth Marcus Bordelon**                                    Case number (if known)   **20-33283**

35.  **Any financial assets you did not already list (details):**

**Paypal account**                                                                      **$0.00**

**Amazon Prime Membership**                                                **$0.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Seth** | **Marcus** | **Bordelon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-33283**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **20311 Evergreen Springs Ln, Spring, TX 77379** <br> Line from *Schedule A/B*: __1.1__ | **$342,000.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **2010 Ford F250 (approx. 109,000 miles)** <br> Line from *Schedule A/B*: __3.1__ | **$14,543.75** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2014 Infiniti Q80 (approx. 70,000 miles)** <br> Line from *Schedule A/B*: __3.2__ | **$19,806.25** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☑ No
       ☐ Yes

Debtor 1    **Seth Marcus Bordelon** _____    Case number (if known)   **20-33283** _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2013 Ford F150 (approx. 95,000 miles)**<br><br>Line from *Schedule A/B*:  **3.3** | **$17,956.25** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**Refrigerator $200**<br>**small refrigerator $75**<br>**washer and dryer $300**<br>**Sectional Couch $500**<br>**3 leather chairs $500**<br>**Student desk $50**<br>**wine cooler $100**<br>**side table $25**<br>**Coffee Table $35.00**<br>**Sofa Table  $35.00**<br>**Rug $20.00**<br>**Dining Room Table and 8 Chairs $750.00**<br>**Buffet $150.00**<br>**5 King Size Beds $100.00**<br>**6 Bedside Tables $75.00**<br>**4 Chest of Drawers $250.00**<br>**2 Drawer Lateral File  $25.00**<br>**Sheets and Linens for Beds $15.00**<br>**Kitchenware $10.00**<br>**China $200.00**<br>**Various Lamps $50.00**<br>**Pictures and Home Decor $100**<br>Line from *Schedule A/B*:  **6** | **$3,565.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Seth Marcus Bordelon** _____    Case number (if known)    **20-33283** _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Televisions:**<br>**Sony 60" TV  $200.00**<br>**Samsung 55" TV $100.00**<br>**Samsung 50" TV $50.00**<br>**Mitsubishi 50" TV $75.00**<br>**Samsung 40" TV $100.00**<br>**Samsung 40" TV $100.00**<br>**Sony Google 40" TV $40.00**<br>**Samsung 40" TV $100.00**<br>**Computers:**<br>**Apple iMac mid2011 27" Computer $200.00**<br>**2 Apple Air Laptop Computers $100.00**<br>**HP Envy Desktop Computer $75.00**<br>**1 Macbook $50.00**<br>**HP Officejet Printer $125.00**<br>**DVD Player $25.00**<br>**2 Sony Camcorders$200.00**<br>**Xbox One $100.00**<br>**2 Apple TV - 1st Gen $20.00**<br>**iPhone/iPad:**<br>**iPhone X $500.00**<br>**iPhone 7 $200.00**<br>**iPad Pro $300.00**<br>**iPad $200.00**<br>**iPad $200.00**<br>Line from *Schedule A/B*: __7__ | **$3,060.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Marshall Fields Antique Wooden Desk**<br>Line from *Schedule A/B*: __8__ | **$1,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 Bicycles $75.00**<br>**Golf Clubs $50.00**<br>**Various Tools $100.00**<br>**2 Pool Floats $20.00**<br>Line from *Schedule A/B*: __9__ | **$245.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**9mm Smith and Wessen $150.00**<br>**12 Guage Remmington Shotgun $100.00**<br>Line from *Schedule A/B*: __10__ | **$250.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |

| Debtor 1 | **Seth Marcus Bordelon** | Case number (if known) | **20-33283** |

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Men's Clothing and Accessories $300.00**<br>**Women's Clothing and Accessories $500.00**<br>**Young Man's Clothing and Accessories $150.00**<br>Line from *Schedule A/B*: __11__ | $950.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Woman's Wedding Ring - Gold $250.00**<br>**Man's Wedding Ring - Silver $75.00**<br>**Man's TAG Heuer Watch $250.00**<br>**Woman's TAG Heuer Watch $200.00**<br>**Woman's Mesh Ring - Silver $50.00**<br>**Woman's Chain Bracelet - Silver $50.00**<br>**Woman's Ear Rings - Various $100.00**<br>**Man's Buliva Watch $100.00**<br>**Woman's Necklaces - Various $100.00**<br>Line from *Schedule A/B*: __12__ | $1,175.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**Shih Tzu mix $50.00**<br>**Cat mix $20.00**<br>Line from *Schedule A/B*: __13__ | $70.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description:<br>**2 European Deer Heads $20.00**<br>**30 Bottles of Wine - various $400.00**<br>Line from *Schedule A/B*: __14__ | $420.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Insperity 401(k) Plan**<br>Line from *Schedule A/B*: __21__ | $507,964.44 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |
| Brief description:<br>**Vanguard Simple IRA**<br>Line from *Schedule A/B*: __21__ | $280,315.03 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |
| Brief description:<br>**Trend Micro, Incorparated 401(k) Retirement Plan**<br>**Held at Merrill Lynch**<br>Line from *Schedule A/B*: __21__ | $8,747.76 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |

Debtor 1    **Seth Marcus Bordelon** _____    Case number (if known)   **20-33283** _____

| **Part 2:** | **Additional Page** |

| **Brief description of the property and line on** _Schedule A/B_ **that lists this property** | **Current value of the portion you own**<br><br>Copy the value from _Schedule A/B_ | **Amount of the exemption you claim**<br><br>_Check only one box for each exemption_ | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description:<br>**American Funds 529 College Savings Plan account ending 6098**<br>**Funds deposited more than 2 years from filing**<br>Line from _Schedule A/B_:   **24** | **$17,510.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 USC § 541(b)(6)** |
| Brief description:<br>**North Western Mutual Life insurance**<br>Line from _Schedule A/B_:   **31** | **$201,864.83** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**North Western Mutual**<br>Line from _Schedule A/B_:   **31** | **$90,294.76** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Trend Micro Medical FSA**<br>**Held at Discovery Benefits, LLC**<br>Line from _Schedule A/B_:   **31** | **$383.64** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Seth Marcus Bordelon**

CASE NO   **20-33283**

CHAPTER   **7**

*AMENDED*
**SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)**

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real property | $342,000.00 | $0.00 | $342,000.00 | $342,000.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $52,306.25 | $0.00 | $52,306.25 | $52,306.25 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $3,565.00 | $0.00 | $3,565.00 | $3,565.00 | $0.00 |
| 7. | Electronics | $3,060.00 | $0.00 | $3,060.00 | $3,060.00 | $0.00 |
| 8. | Collectibles of value | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $245.00 | $0.00 | $245.00 | $245.00 | $0.00 |
| 10. | Firearms | $250.00 | $0.00 | $250.00 | $250.00 | $0.00 |
| 11. | Clothes | $950.00 | $0.00 | $950.00 | $950.00 | $0.00 |
| 12. | Jewelry | $1,175.00 | $0.00 | $1,175.00 | $1,175.00 | $0.00 |
| 13. | Non-farm animals | $70.00 | $0.00 | $70.00 | $70.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $420.00 | $0.00 | $420.00 | $420.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $1,937.51 | $0.00 | $1,937.51 | $0.00 | $1,937.51 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.20 | $0.00 | $0.20 | $0.00 | $0.20 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $797,027.23 | $0.00 | $797,027.23 | $797,027.23 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $17,510.00 | $0.00 | $17,510.00 | $17,510.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $10,281.00 | $0.00 | $10,281.00 | $0.00 | $10,281.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Seth Marcus Bordelon**

CASE NO   **20-33283**

CHAPTER   **7**

*AMENDED*
**SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)**
*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $292,543.23 | $0.00 | $292,543.23 | $292,543.23 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$1,524,340.42** | **$0.00** | **$1,524,340.42** | **$1,512,121.71** | **$12,218.71** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Seth Marcus Bordelon**

CASE NO   **20-33283**

CHAPTER   **7**

*AMENDED*
**SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)**
*Continuation Sheet # 2*

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| Wells Fargo Checking account | $410.02 | | $410.02 | $410.02 |
| Wells Fargo Savings account | $1,527.49 | | $1,527.49 | $1,527.49 |
| Blue Dog Partners, LLC | $0.20 | | $0.20 | $0.20 |
| 2019 Income Tax Refund | $10,281.00 | | $10,281.00 | $10,281.00 |
| **TOTALS:** | $12,218.71 | $0.00 | $12,218.71 | $12,218.71 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Seth Marcus Bordelon**

CASE NO   **20-33283**

CHAPTER   **7**

*AMENDED*
**SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)**
*Continuation Sheet # 3*

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | **$1,524,340.42** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$1,524,340.42** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$0.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$0.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$1,524,340.42** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$1,524,340.42** |
| J.  Total Exemptions Claimed | **$1,512,121.71** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$12,218.71** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Seth** | **Marcus** | **Bordelon** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-33283**
(if known)

 ☑ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1.  *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a.  Copy line 55, Total real estate, from Schedule A/B............................................... | **$342,000.00** |
| 1b.  Copy line 62, Total personal property, from Schedule A/B................................... | **$1,182,340.42** |
| 1c.  Copy line 63, Total of all property on Schedule A/B.............................................. | **$1,524,340.42** |

### Part 2:   Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$0.00** |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$0.00** |
| 3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$212,504.97** |
| **Your total liabilities** | **$212,504.97** |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.................................................................................... | **$7,420.42** |
| 5.  *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J................................................................................................... | **$9,099.71** |

Debtor 1   **Seth Marcus Bordelon** _____   Case number (if known)   **20-33283** _____

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

**Total claim**

**From Part 4 on** *Schedule E/F,* **copy the following:**

9a.  Domestic support obligations.  (Copy line 6a.)  _____

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)  _____

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)  _____

9d.  Student loans.  (Copy line 6f.)  _____

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)  _____

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)  **+** _____

9g.  **Total.**  Add lines 9a through 9f.  _____

**Fill in this information to identify your case:**

| Debtor 1 | <u>Seth</u> | <u>Marcus</u> | <u>Bordelon</u> |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number <u>20-33283</u>
(if known)

☑ Check if this is an
amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X *Mark Bordelon* _____   X _____
Seth Marcus Bordelon, Debtor 1                         Signature of Debtor 2

Date 08-03-2020                                       Date _____
MM / DD / YYYY                                            MM / DD / YYYY