UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-33283 |
|     **Seth Marcus Bordelon** | § | Chapter 7 |
| | § | |
|     **Debtor.** | § | |

## CERTIFICATE OF SERVICE

I, Shirley Stubbs, being a person at least 18 years of age, do hereby certify that I have forwarded, the following documents filed in the above entitled matter by way of the methods identified below to the person and entities identified below.

For items listed under the heading "Notice will not be electronically mailed to:" service is by pre-paid first class US Mail.

*Documents Served:*

| Doc. No. | Description of Document |
|---|---|
| 18 | Amended Schedule A/B, C and Summary of Schedules |
| | |

*Methods of Service:*

**20-33283 Notice will be electronically mailed to:**

Seth Marcus Bordelon
mbordelon@icloud.com

Allison D Byman
adb@bymanlaw.com, adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Donald L Wyatt on behalf of Debtor Seth Marcus Bordelon

don.wyatt@wyattpc.com, don.wyatt@ecf.courtdrive.com;kathryn.dahlin@wyattpc.com;shirley.stubbs@wyattpc.com

**20-33283 Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541


Dated: August 5, 2020

/s/ Shirley Stubbs
Shirley Stubbs
Paralegal
ATTORNEY DONALD WYATT, PC
26418 Oak Ridge Drive
The Woodlands, Texas 77380
281-419-8733 Phone
281-419-8703