## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Seth Marcus Bordelon**

CASE NO   **20-33283**

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____8/12/2020_____

Signature _____
**Seth Marcus Bordelon**


Date _____

Signature _____

A10 Networks, Inc.
P.O. Box 101617
Pasadena, CA 91189-1617


Accellion, Inc.
P.O. Box 505281
St. Louis, MO 63150-5281


Aflac
1932 Wynnton Road
Columbus, GA 31999-0797


Alert Logic, Inc.
75 Remittance Drive Suite 6693
Chicago, IL 60675-6693


Altus Global Trade Solutions
Attn: Grace Allen
2400 Veterans Blvd.
Suite 300
Kenner LA 70062

American Express
P O Box 981535
El Paso TX 79998-1535


American Express Business
P O Box 981535
El Paso TX 79998-1535


Ann Harris Bennett, Tax Assessor
P.O. Box 4622
Houston, TX 77210-4622


Arctic Wolf Networks, Inc
111 West Evelyn Ave
Sunnyvale CA 94086

Arista
5453 Great American Parkway
Santa Clara, CA 95054-3344


Arrow ECS
13219 Collections Center Dr.
Chicago, IL 60693


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


AVT Technology Solutions, LLC
a Tech Data Company
8700 South Price Road
Tempe AZ 85284-2608


Bank of America
P O Box 982234
El Paso, TX 79992


Barracuda Networks, Inc.
3175 South Winchester Blvd.
Campbell CA 95008


Best Buy Credit Services
P O Box 790441
St. Louis MO 63179


Big Daddy's BBQ
14097 Westheimer
Houston, TX 77077


Bitglass, Inc.
655 Campbell Technology Park
Suite 225
Campbell CA 95008

```
Bradford Networks
162 Pembroke Road
Concord NH 03301



Bradford Networks, Inc.
P.O. Box 418751
Boston, MA 02241-8751



Brenda Owoeye
Zwicker & Associates, PC
14090 SW Freeway Sutie 408
Sugar Land, TX 77478


Carahsoft Technology Corp.
1860 Michael Faraday Drive
Suite 100
Reston VA 20190


Carbon Black, Inc.
P.O. Box 123508
Dallas, TX 75312-3508



Cato Networks, Inc,
11175 CIcero Drive
Suite 100
Alpharetta GA 30022


Chase
P O Box 15298
Wilmington, DE 19850



Chase Bank USA NA
P O Box 15298
Wilmington, DE 19850



City of Jersey Village
16327 Lakeview Dr.
Jersey Village, TX 77040
```

Cloud Harmonics, Inc.
2528 Qume Dr.
Ste. 2
San Jose, CA 95131


Comcast 6024
P.O. Box 660618
Dallas, TX 75266-0618


Computerlinks
7 Grange Rd.
Houstoun Industrial Estate
Livingston EH54 5DE


ConnectWise Inc
28819 Network Place
Chicago, IL 60673-1288


Corelight
111 New Montgomery St.
7th Floor
San Francisco, CA 94105


Crowdstrike
150 Mathilda Place Suite 300
Sunnyvale, CA 94086


Cylance, Inc.
1801 W. Olympic Blvd.
Pasadena, CA 91199-2077


Cylance, Inc.
18201 Von Karman
Suite 700
Irvine CA 92612


Data Connectors
16658 Old Chesterfield Road
Chesterfield, MO 63017

```
DIR
P.O. Box 13564
Austin, TX 78711-3564


Duo Security
123 N. Ashley Street Suite 200
Ann Arbor, MI 48104


FedEx
PO BOX 660481
Dallas, TX 75266-0481


Gigamon, Inc.
P.O. Box 398181
San Francisco, CA 94139-8181


Gigamon, LLC
598 Gibraltar Drive
Milpitas CA 95035


Harris County
c/o John P. Dillman
P O Box 3064
Houston TX 77253-3064


Helen Melissa Bordelon
20311 Evergreen Springs Lane
Spring TX 77379


Hewlett Packard EnterprisesMDF
3000 Hanover St.
Palo Alto CA 94304-1112


Imperva, Inc.
3400 Bridge Parkway
Suite 200
Redwood Shores CA 94065
```

Infoblox, Inc.
475 Potrero Avenue
Sunnyvale CA 94089


Ingram Micro, Inc.
P.O. Box 403590
Atlanta, GA 30384-2590


Insperity (Gross Pay)
19001 Crescent Springs Dr.
Kingwood TX 77339


Jenne, Inc.
33665 Chester Road
Avon, OH 44011


JP Morgan Chase Bank
712 Main Street
Houston TX 77002


JP Morgan Chase HSA
National Bank by Mail
P O Box 36520
Louisville KY 40233-6520


Klein ISD
7200 Spring Cypress Rd.
Klein, TX 77379-3299


Klein ISD
c/o Harris County Assessor
P O Box 4663
Houston TX 77210-4663


Kudelski Security
12400 Whitewater Dr Ste 100
Minnetonka, MN 55343

LightCyber, Inc
5050 Camino Real
Suite 206
Los Altos CA 94002


Lightcyber, Inc.
4401 Great America Parkway
Santa Clara, CA 95054


Lightspar, LLC
15280 Addison Road
Addison TX 75001


LogRhythm, Inc
4780 Pearl East Circle
Boulder CO 80301


Lonestar Anesthesia Solutions, PLLC
7010 Champions Plaza Dr.,Ste. 300
Houston TX 77069-2394


Lookout, Inc.
1 Front Street
Suite 3100
San Francisco CA 94111


Machon Corporation
1728 W Canning Dr
MT Pleasant, SC 29466


Manning Price & Stern
P O Box 864371
Orlando FL 32886-4371


Marlin Business Bank
2795 E. Cottonwood Parkway
Suite 120
Salt Lake UT 84121

Mike Sullivan
P.O. Box 4622
Houston, TX 77210-4622


Mimecast North America
191 Spring Street
Lexington MA 02421


Mimecast, Ltd
Mimecast North America, Inc
480 Pleasant Street
Watertown MA 02472


Mobile Iron North America
415 East Middlefield Road
Mountain View CA 94043


MRZ
11750 Katy Frwy Suite 1100
Houston, TX 77079


N Sync Services, Inc.
850 Greenview Dr.
Grand Prairie, TX 75050


NetBrain Technologies, Inc.
15 Network Dr
Burlingotn MA 01803


Netscope, Inc.
270 3rd Street
Los Altos CA 94022


NW Harris County MUD#30
P O Box 1368
Friendswood TX 77549-1368

Okta
301 Brannan Street
1st Floor
San Francisco, CA 94107


Palo Alto Networks, Inc.
232 E. Java Drive
Sunnyvale CA 94089


ParaTech LLC
P.O. Box 23608
New Orleans, LA 70183-3608


Payne Malechek Scherr
Campbell & Moore, PC
Attn: Trey Malechek
3850 Corporate Center Drive
Bryan TX 77803

Project Ring, Inc.
d/b/a LEO Cyber Security
c/o Jason C. Norwood
3913 Main St.
Houston TX 77002

Proofpoint, Inc.
892 Ross Dr
Sunnyvale CA 94089


Rain King a Discover.org company
805 Broadway
Suite 900
Vancouver, WA 98660


Rapid 7, LLC
401 Congress Ave.
Suite 1900
Austin TX 78701


Resilient Intelligent Networks
P.O. Box 1285
Argyle, TX 76226

Riverbed
680 Folsom St.
San Francisco CA 94107


Rob Anderson
50 King Pine Ct
The Woodlands TX 77380


RSA Security Inc.
P.O. Box 654059
Dallas, TX 75265-4059


RSR Corporation
2777 Stemmons Freeway
Suite 1800
Dallas TX 75207


Salesforce.com
1 Market Street
Suite 300
San Francisco CA 94105


Sams Club World Mastercard
P O Box 965004
Orlando FL 32896-5004


SAP Ariba
210 Sixth Ave
Pittsburgh PA 15222


Secure Data Solutions, Inc.
20311 Evergreen Springs Lane
Spring TX 77379


Securematics, Inc.
P.O. Box 742202
Los Angeles, CA 90074-2202

State Comptroller
P.O. Box 149348
Austin, TX 78714-9348


Stibbs & Co.
819 Crossbridge Drive
Spring, TX 77373


Syhchrony Bank Home/ Mattress Firm
P O Box 960061
Orlando FL 32896-0061


Synnex
39 Pelham Ridge Drive
Greenville SC 29615


Talari Networks
1 Almaden Blvd
Suite 200
San Jose, CA 95113


Talari Networks, Inc.
550 S. Winchester Blvd.
Suite 500
San Jose CA 95128


Tech Data Corporation
P.O. Box 731209
Dallas, TX 75373-1209


Tenable Network Security, Inc.
7021 Columbia Gateway Drive
Suite 500
Columbia MD 21046


Totz Elisson & Totz, PC
2211 Norfolk
Suite 510
Houston TX 77098

Trend Micro
225 E. John Carpenter Fwy.
Suite 1500
Irving, TX 75062


Tufin
15 New England Executive Office Park
Burlington, MA 01803



Varonis
1250 Broadway
32nd Floor
New York, NY 10001


Verdtek
10535 Boyer Blvd
Ste 200
Austin, TX 78758


Wagner Falconer & Judd, Ltd.
100 South Fifth Street
Minneapolis MN 55402



Westcon Group, Inc.
520 White Plains Rd.
Tarrytown NY 10591



Westcon/ Synnex
P.O. Box 512573
Philadelphia, PA 19175-2573



WorldTech IT, LLC
1300 E. Riverside Drive
Suite A401
Austin TX 78741