**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-33283 |
|     Seth Marcus Bordelon | § | Chapter 7 |
| | § | |
|     Debtor. | § | |

**CERTIFICATE OF SERVICE**

I, Shirley Stubbs, being a person at least 18 years of age, do hereby certify that I have forwarded, the following documents filed in the above entitled matter by way of the methods identified below to the person and entities identified below.

For items listed under the heading "Notice will not be electronically mailed to:" service is by pre-paid first class US Mail.

*Documents Served:*

| Doc. No. | Description of Document |
|---|---|
| 18 | Amended Schedule E/F and Summary of Schedules |
| 19 | Amended Matrix |
| | |

*Methods of Service:*

**20-33283 Notice will be electronically mailed to:**

Seth Marcus Bordelon
mbordelon@icloud.com

Allison D Byman
adb@bymanlaw.com, adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com

John P Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Donald L Wyatt on behalf of Debtor Seth Marcus Bordelon
don.wyatt@wyattpc.com, don.wyatt@ecf.courtdrive.com;kathryn.dahlin@wyattpc.com;shirley.stubbs@wyattpc.com

**20-33283 Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Klein ISD
c/o Harris County Assessor
P O Box 4663
Houston TX 77210-4663

NW Harris County MUD #30
P O Box 1368
Friendswood TX 77549-1368


Dated: August 13, 2020

/s/ Shirley Stubbs
Shirley Stubbs
Paralegal
ATTORNEY DONALD WYATT, PC
26418 Oak Ridge Drive
The Woodlands, Texas 77380
281-419-8733 Phone
281-419-8703